RECEIVED
IN LAKE CHARLES, LA

DEC 28 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BERT SCHMIDT | § | CIVIL ACTION NO.: CV06-0778 |
| | § | |
| VS. | § | JUDGE: JUDGE MINALDI |
| | § | |
| ACE AMERICA, VULCRAFT | § | |
| CARRIER, JOSE IBARRA and | § | MAG. JUDGE: JUDGE WILSON |
| GWEN LIVELY | § | |

## *ORDER*

The Court having considered Plaintiff's Motion to Dismiss with prejudice, and after reviewing the same, the Court GRANTS said motion. It is, therefore,

ORDERED that this action is dismissed with prejudice. It is

FURTHER ORDERED that all costs incurred in this cause are hereby taxed against the party incurring same. All relief not expressly granted herein is hereby denied.

Signed this 27 day of Dec, 2007 in Lake Charles, Louisiana.

UNITED STATES DISTRICT JUDGE